Berg *v*. Panza et ux., Appellants.

 Argued April 15, 1969. *Eugene P. Girman*, for appellants; *Seymour A. Sikov*, with him *Wirtzman, Sikov and Love*, for appellee.

Order affirmed.